IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET LINDSLEY : 
 : CIVIL ACTION
v. : 
 : NO. 16-0941
AMERICAN HONDA MOTOR : 
COMPANY, INC., ET AL. : 

## O R D E R

**AND NOW**, this  7th  day of    July   , 2017, upon consideration of Defendant American Honda Motor Co., Inc.'s ("Honda") Motion to Dismiss for Failure to State a Claim (ECF No. 7), and Defendant Ada Technologies, Inc.'s ("Ada") Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 19), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Honda's Motion to Dismiss is **GRANTED** in part and **DENIED** in part as follows:

    a. The Motion is **GRANTED** with respect to Honda's Motion to Dismiss Plaintiff's demand for punitive damages

    b. The Motion is **GRANTED** in part and **DENIED** in part with respect to Plaintiff's UTPCPL claims against Honda. The Motion is **GRANTED** with respect to Plaintiff's claims under subsections v and vii of the UTPCPL, and those claims are **DISMISSED**. The Motion is **DENIED** with respect to Plaintiff's claim under subsection xxi of the UTPCPL.

2. Defendant Ada's Motion to Dismiss is **GRANTED** in part and **DENIED** in part as follows:

   a. The Motion is **DENIED** with respect to Ada's Motion to Dismiss Plaintiff's claims for lack of personal jurisdiction. However, Plaintiff is permitted to conduct jurisdictional discovery consistent with the Memorandum filed herewith.

   b. The Motion is **DENIED** with respect Plaintiff's Failure to Warn claim.

   c. The Motion is **GRANTED** with respect to Ada's Motion to Dismiss Plaintiff's demand for punitive damages.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**